✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 7:16-CR-00039-003 (HL) |
| **WILLIE TUCKER** | |

Willie Tucker was originally sentenced on January 31, 2018, to 46 months in custody of the Bureau of Prisons, followed by a three-year term of supervised release, after pleading guilty to the offense of Conspiracy to Distribute Cocaine. Tucker has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide to Judiciary Policy, Volume 8, Part E (Post-Conviction Supervision), Chapter 3 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Tucker be discharged from supervision.

Respectfully submitted,

*[signature]*

Clay A. Driskell
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this  30th  day of  March , 2022.

s/Hugh Lawson
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE